[No. 61601-3-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND RALPH KRONA III, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01212-0, Gerald L. Knight, J., entered March 28, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61613-7-I. Division One. January 20, 2009.]

JONATHAN S. BANDER, *Appellant*, v. WASHINGTON BLUES SOCIETY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-07468-1, Charles W. Mertel, J., entered April 23, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 35820-4-II. Division Two. January 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01781-5, Serjio Armijo, J., entered January 19, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 36392-5-II. Division Two. January 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PAUL SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00402-7, Linda CJ Lee, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.